| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LINDA HARTER, Bar #179741 |
| | Chief Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California  95814 |
| | Telephone (916) 498-5700 |

Attorney for Defendant
ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL CONFIRMATION |
| v. | ) | AND JURY TRIAL DATES AND |
| | ) | EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | |
| | ) | |
| Defendant. | ) | Date: November 15, 2011 |
| | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Trial Confirmation hearing date of November 15, 2011 and Jury Trial date of December 6, 2011 be vacated, and a new Trial Confirmation hearing date of February 22, 2012 and Jury Trial date of March 13, 2012 at 9:15 a.m. be set.

   Mr. Landry's federal case has been trailing an on-going state case in Butte County, and the state case has been continued again.  The parties stipulate and agree to continue this case, as proceeding after

the state case will likely simplify some of the pretrial issues that will need to be litigated.  As an example, the outcome of the state case may impact the admissibility or inadmissibility of 404(b) material in the federal case.

Additionally, the parties have consulted with the staff interpreter to ensure that a sign language interpreter will be available for the new trial date.

It is further stipulated and agreed between the parties that the period beginning from the date of signing of this order through and including March 13, 2012 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 24, 2011            Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Linda Harter
                                  LINDA HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  ROBERT EDWARD LANDRY


Dated: August 24, 2011            BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Linda Harter for
                                  CAMIL SKIPPER
                                  Assistant U.S. Attorney

**ORDER**

Based on the reasons set forth in the stipulation of the parties filed, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of August 30, 2011, through and including March 13, 2012, pursuant to 18 U.S.C. §3161(h)(7) (B) (iv) and Local Code T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

IT IS SO ORDERED.

DATED: August 31, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT