1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  ROBERT EDWARD LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-501 LKK |
| --- | --- | --- |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION |
| v. | ) | HEARING AND EXCLUDING TIME |
| ROBERT EDWARD LANDRY, | ) | Date: February 28, 2012 |
| Defendant. | ) | Time: 9:15 a.m. |
| | ) | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Trial Confirmation hearing date of February 22, 2012 be vacated, and a new Trial Confirmation hearing date of February 28, 2012 be set.

The Jury Trial date of March 13, 2012 at 9:15 a.m. will remain the same.

Mr. Landry's federal case has been trailing the on-going state case in Butte County. A one week continuance is requested because the state case is also scheduled for February 22, 2012.

1    The parties stipulate and agree to continue this case, as
2 proceeding after the state case will likely simplify some of the
3 pretrial issues that will need to be litigated.  The outcome of the
4 state case may impact the admissibility or inadmissibility of 404(b)
5 material in the federal case.

6    It is further stipulated and agreed between the parties that the
7 period beginning from the date of signing of this order through and
8 including February 28, 2012 should be excluded in computing the time
9 within which the trial of the above criminal prosecution must commence
10 for purposes of the Speedy Trial Act for defense preparation.  All
11 parties stipulate and agree that this is an appropriate exclusion of
12 time within the meaning of Title 18, United States Code, Section
13 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice served
14 by granting such a a continuance outweigh the best interest of the
15 public and the defendant in a speedy trial.

Dated: February 16, 2012            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Linda Harter
                                    LINDA HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    ROBERT EDWARD LANDRY

Dated: February 16, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Linda Harter for
                                    KYLE REARDON
                                    Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing

Stipulation & Order/Robert Landry        2

therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT