BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERT EDWARD LANDRY,<br><br>               Defendant. | CASE NO. 2:06-CR-00501 LKK<br><br>**ORDER CONTINUING TRIAL CONFIRMATION HEARING AND SETTING STATUS CONFERENCE** |

The parties appeared before the Court on Tuesday, October 2, 2012, in case number 2:06-CR-00501 LKK. At that time, the United States confirmed that it was ready for trial. However, defense counsel indicated that she was not ready for trial given her recent appointment to the case and her need to conduct additional forensic examination of the computer evidence in this case. In light of that representation, the Court ordered that the case be set for a status conference on Wednesday, October 10, 2012, at 9:15 a.m., in order to determine if substitute counsel can be appointed.

In addition, due to defense counsel's need to prepare, and the potential appointment of substitute counsel, the Court found that the

time beginning October 2, 2012, and extending through October 10, 2012, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare, and for continuity of counsel. The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

ACCORDINGLY, it is hereby ordered that the trial confirmation hearing set for October 2, 2012, at 9:15 a.m., be continued to October 10, 2012, at 9:15 a.m., for further status, and that the time beginning October 2, 2012, and extending through October 10, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: October 4, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT