BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00501 LKK |
| Plaintiff, | |
| v. | **ORDER SETTING TRIAL** |
| ROBERT EDWARD LANDRY, | |
| Defendant. | |

The parties appeared before the Court on Tuesday, March 12, 2013, in case number 2:06-CR-00501 LKK. At that time, the Court granted defense counsel's motion to continue the trial date until September 17, 2013, with a trial confirmation hearing to be held on August 20, 2013. This motion was granted in order to allow defense counsel additional time to prepare.

In addition, because of defense counsel's need to prepare, the Court found that the time beginning March 12, 2013, and extending through September 17, 2013, was excluded from the calculation of time under the Speedy Trial Act. The exclusion of time is appropriate due to defense counsel's need to prepare, and for continuity of counsel. The additional time is necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. In

addition, the Court found the matter to be complex. Id. at (ii); Local Code T2.

ACCORDINGLY, it is hereby ordered that the matter is set for trial to commence on September 17, 2013, with a trial confirmation hearing to be held on August 20, 2013, and that the time beginning March 12, 2013, and extending through September 17, 2013, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 14, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT