KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
ROBERT LANDRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00501 LKK |
| Plaintiff, | **STIPULATION AND ORDER VACATING STATUS CONFERENCE, VACATING TRIAL AND SETTING CHANGE OF PLEA** |
| v. | |
| ROBERT LANDRY, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and defendant, Robert Landry, through his counsel, Kresta Nora Daly, that the trial status conference set for August 20, 2013 and the trial set for September 17, 2103 be vacated. The parties request a change of plea be set for September 17, 2013.

The parties have reached a resolution in this case. The parties will provide the court with a draft copy of the plea agreement prior to September 17, 2013.

///

///

///

///

///

///

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

1    Time was previously excluded to September 17, 2013 by prior order of this court. The

2  parties stipulate no additional exclusion of time is necessary.

3  Dated: August 13, 2013.                Respectfully submitted,

4                                          BARTH TOZER & DALY LLP

5
                                         By    /s/ Kresta Nora Daly
6                                                KRESTA NORA DALY
                                                 Attorneys for ROBERT LANDRY
7

8  Dated: August 13, 2013.            By    /s/ Kresta Nora Daly for
                                               KYLE REARDON
9                                              Assistant United States Attorney

10

11

12                                      **ORDER**

13       For the reasons stipulated by the parties the status conference of August 20, 2013 is

14  vacated. The trial date of September 17, 2013 is also vacated. This matter is set for a change of

15  plea on September 17, 2013.

16

17          **IT IS SO ORDERED.**

18  Dated: August 14, 2013

19
                                        LAWRENCE K. KARLTON
20                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:06-CR-501 LKK]