1  KRESTA NORA DALY, SBN 199689
   BARTH TOZER & DALY LLP
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@btdlegal.com

5  Attorneys for Defendant
   ROBERT LANDRY

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 2:06-CR-00501 LKK

12            Plaintiff,               **STIPULATION AND ORDER
                                        RESETTING SENTENCING HEARING**
13       v.

14  ROBERT LANDRY,

15            Defendant.

16       It is hereby stipulated and agreed to between the United States of America through Kyle

17  Reardon, Assistant United States Attorney, and defendant, Robert Landry, through his counsel,

18  Kresta Nora Daly, that the sentencing hearing set for December 3, 2013 be vacated. The parties

19  request a new sentencing hearing for January 14, 2014.

20       The parties are requesting this new date because Mr. Landry's probation interview has

21  been delayed. The delay was caused by the need to coordinate a sign language interpreter and

22  defense counsel's schedules.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

Dated: October 28, 2013.    Respectfully submitted,

BARTH TOZER & DALY LLP

By_____/s/ Kresta Nora Daly_____
    KRESTA NORA DALY
    Attorneys for ROBBIE LANDRY

Dated: October 28, 2013.    By_____/s/ Kresta Nora Daly for_____
    KYLE REARDON
    Assistant United States Attorney

## <u>ORDER</u>

For the reasons stipulated by the parties the sentencing date of December 3, 2013 is vacated. A sentencing hearing will be reset for January 14, 2014 at 9:15AM.

**IT IS SO ORDERED.**

Dated: November 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT